# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 20-21500** |
| **William E. Hoffman, Jr.** | **Chapter 13** |
| | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| **Movant,** | _____ |
| vs | |
| | **Place of Hearing** |
| **William E. Hoffman, Jr.** | **Courtroom A on the 54th Floor of the U.S. Steel Tower** |
| **Ronda J. Winnecour** | **600 Grant Street, Pittsburgh, PA 15219** |
| **Respondents.** | **Related Document #** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                   Respectfully submitted,

                                                    /s/ Karina Velter
                                                   Karina Velter, Esquire (94781)
                                                   Adam B. Hall (323867)
                                                   Sarah E. Barngrover (323972)
                                                   Edward H. Cahill (0088985)
                                                   Manley Deas Kochalski LLC
                                                   P.O. Box 165028
                                                   Columbus, OH  43216-5028
                                                   Telephone: 614-220-5611
                                                   Fax: 614-627-8181
                                                   Attorneys for Creditor
                                                   The case attorney for this file is Karina Velter.
                                                   Contact email is kvelter@manleydeas.com

20-011903_PS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 20-21500** |
| **William E. Hoffman, Jr.** | **Chapter 13** |
| | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| **Movant,** | _____ |
| vs | |
| | **Place of Hearing** |
| **William E. Hoffman, Jr.** | **Courtroom A on the 54th Floor of the U.S. Steel Tower** |
| **Ronda J. Winnecour** | **600 Grant Street, Pittsburgh, PA 15219** |
| **Respondents.** | **Related Document #** |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 22, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Kenneth Steidl, Attorney for William E. Hoffman, Jr., julie.steidl@steidl-steinberg.com

Service by First-Class Mail:
William E. Hoffman, Jr., 1042 Whispering Woods Drive, Coraopolis, PA  15108


EXECUTED ON: May 22, 2020

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

20-011903_PS