FILED
6/11/20 11:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>William E. Hoffman, Jr.<br><br>               Debtor<br><br>Quicken Loans Inc.<br><br>               Movant<br><br>  v.<br><br>William E. Hoffman, Jr.<br><br>               Respondent | Case No. 20-21500 GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 18 |

**CONSENT ORDER GRANTING FORBEARANCE**

**AND NOW**, this   11th   day of   June 2020,       the parties having consented thereto, it is:

**ORDERED** that the mortgage payments due Movant shall be suspended beginning with the payment due the month of May 2020 (provided further it is understood and agreed that the Trustee may have paid the mortgage ahead so the mortgagee may have already been paid in part or in full for this month), and continuing through the payment due for July 2020; and it is further;

**ORDERED,** that any fees, costs and expenses associated with the forbearance agreement will be subject to the provisions of FRBP 3002.1, and provided further that approval of the forbearance agreement does not represent approval of the fees, costs and expenses associated with forbearance agreement and does not preclude an objection to those fees when noticed in accordance with the Rule; and it is further;

**ORDERED** that other than the suspension of mortgage payments, and the reduction in monthly amount by the amount of the mortgage payment (in the monthly amount of $1,597.73), the rest of the Chapter 13 Plan remains in full force and the Chapter 13 Trustee shall continue to distribute payments to other claims during the period of forbearance in accordance with the Chapter 13 Plan; and it is further;

**ORDERED** that Debtor is required to file an Amended Chapter 13 Plan that provides for resumption of mortgage payments in August 2020, and which further provides, as a separate line item (in Part 3.2 of the Plan) the dollar amount of the suspended payments and the repayment terms**,** at least 30 days prior to the last month in the forbearance period; and it is further;

**ORDERED** that Movant, at this time, does not waive any rights to collect the payments that come due during the forbearance period, and if Debtor(s) fails to timely file an Amended Chapter 13 Plan providing for repayment of the suspended payments, Movant reserves it rights

to seek relief from the automatic stay.

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Consented to by:

*/s/ Kenneth Steidl, Esquire*
Kenneth Steidl, Esquire
Attorney for Debtor
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Phone: 412-391-8000

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Respondent
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322

*Owen Katz, Esquire*
Owen Katz, Esquire
Chapter 13 Trustee
US Steel Tower-Suite 3250
600 Grant Street
Pittsburgh, PA 15219

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: William E. Hoffman Jr.**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 20-21500 GLT**<br><br>**Chapter 13** |
| **Quicken Loans, LLC**<br>　　　　　　　　　　**Movant**<br>　　　vs.<br><br>**William E. Hoffman Jr.**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>**Trustee** | |

## CERTIFICATE OF SERVICE OF
## CONSENT ORDER GRANTING FORBEARANCE

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>June 10, 2020</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
William E. Hoffman Jr.
1042 Whispering Woods Drive
Coraopolis, PA 15108

<u>Attorney for Debtor(s)</u>
Kenneth Steidl, Esq.
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>June 10, 2020</u>

　　　　　　　　　　　　　　　　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William E. Hoffman, Jr.  
    Debtor

Case No. 20-21500-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: agro      Page 1 of 1      Date Rcvd: Jun 11, 2020  
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2020.
```
db             +William E. Hoffman, Jr.,    1042 Whispering Woods Drive,    Coraopolis, PA 15108-9033
               +Owen Katz, Esquire,    US Steel Tower-Suite 3250,    600 Grant Street,
                 Pittsburgh, PA 15219-2702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2020 at the address(es) listed below:
```
              James Warmbrodt     on behalf of Creditor    Quicken Loans, LLC bkgroup@kmllawgroup.com
              Karina Velter     on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Kenneth Steidl     on behalf of Debtor William E. Hoffman, Jr. julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```