*FILING FEE PAID*  (Yes)  No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Hoffman, Jr., William**    JAD/TPA/CMB/(GLT)

Case Number: **20-21500**

Date of Meeting: **6 / 29 / 20**    Recording # _____
Debtor(s) present ✓ or Not Present    (✓ No Payments Made or __ partial payments)
Attorney for debtor(s) **Steidl, Julie**    (Present ✓ or Not Present ___)
Date of Plan at § 341: **5-1-20**    Applicable commitment period __ 3 yrs __ 5 yrs

cont for payments

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD    ___ Order to Show Cause Requested
    ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
✓ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ___ 341 Meeting OR ✓ Conciliation Conf. OR __ *Contested Hearing
    On **8-27-20** at **1:30** am/pm Location _____

Kate DeSimone
Chapter 13 Trustee/Attorney for Trustee