Certificate Number: 01721-PAW-DE-039551345

Bankruptcy Case Number: 20-21500



01721-PAW-DE-039551345

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 9, 2025, at 2:50 o'clock PM EDT, William Hoffman completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 14, 2025          By:   /s/Robin Vasselo

                                Name:   Robin Vasselo

                                Title:   Counselor