Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William E. Hoffman Jr.** | : | Case No. 20−21500−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 46 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/30/25 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 27th of May, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 46 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before July 11, 2025*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *July 30, 2025 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William E. Hoffman, Jr.  
    Debtor

Case No. 20-21500-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: May 27, 2025      Form ID: 604      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William E. Hoffman, Jr., 1042 Whispering Woods Drive, Coraopolis, PA 15108-9033 |
| 15240807 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15240808 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15254607 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15243662 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 04:08:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240794 | | Email/PDF: bncnotices@becket-lee.com | May 28 2025 04:19:01 | AMEX, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15254633 | | Email/PDF: bncnotices@becket-lee.com | May 28 2025 04:19:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15240795 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2025 04:08:42 | Chase / Subaru, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15240796 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2025 04:08:35 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15240797 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2025 04:08:19 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15240798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:20 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15240799 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:19:01 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15265707 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15240800 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:19:07 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15240801 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:31 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15240803 | + | Email/Text: DSLBKYPRO@discover.com | May 28 2025 03:50:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 15242968 | + | Email/Text: DSLBKYPRO@discover.com | May 28 2025 03:50:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15240802 | + | Email/Text: DSLBKYPRO@discover.com | May 28 2025 03:50:00 | Discover Student Loans, Pob 30948, Salt Lake City, UT 84130-0948 |

Case 20-21500-GLT   Doc 49   Filed 05/29/25   Entered 05/30/25 00:37:06   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: 604 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15266767 | + | Email/Text: kburkley@bernsteinlaw.com | May 28 2025 03:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15240804 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 28 2025 03:49:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15261735 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 28 2025 03:49:00 | First National Bank of Pennsylvania, Attention: Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 15249741 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2025 04:08:38 | JPMorgan Chase Bank, N.A, National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15265902 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2025 04:18:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15240806 | + | Email/PDF: Bankruptcy_Prod@mohela.com | May 28 2025 03:57:48 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15240805 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 28 2025 04:18:56 | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15266233 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 03:57:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15241348 | ^ | MEBN | May 28 2025 03:49:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:13 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15240810 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:03 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15240812 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 28 2025 04:19:02 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15240811 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 28 2025 04:08:17 | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 15249938 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 28 2025 04:08:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15240813 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | May 28 2025 04:18:56 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 15240814 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | May 28 2025 04:08:05 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 27, 2025 | Form ID: 604 | Total Noticed: 35 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:

**Name**                  **Email Address**

Denise Carlon
  on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
  on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com

Kenneth Steidl
  on behalf of Debtor William E. Hoffman Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
  on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
  on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

TOTAL: 8