**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM E. HOFFMAN, JR.<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:20-21500<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

| | |
|---|---|
| May 23, 2025 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/12/2020 and confirmed on 9/3/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 152,302.00 |
| Less Refunds to Debtor | 942.82 | |
| TOTAL AMOUNT OF PLAN FUND | | 151,359.18 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 7,926.52 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,326.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOA | 0.00 | 98,459.22 | 0.00 | 98,459.22 |
|     Acct: 3042 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOA | 1,631.65 | 1,631.65 | 0.00 | 1,631.65 |
|     Acct: 3042 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 9,040.93 | 9,040.93 | 1,466.50 | 10,507.43 |
|     Acct: 8472 | | | | |
| | | | | 110,598.30 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM E. HOFFMAN, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM E. HOFFMAN, JR. | 942.82 | 942.82 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7653 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3042 | | | | |
|     \*\*\*N O N E\*\*\* | | | | |
| **Unsecured** | | | | |
|   DISCOVER STUDENT LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 29,592.41 | 11,530.37 | 0.00 | 11,530.37 |
|     Acct: 1009 | | | | |
|   CHASE CARD SERVICES\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9634 | | | | |
|   LVNV FUNDING LLC | 3,513.76 | 1,369.10 | 0.00 | 1,369.10 |
|     Acct: 4746 | | | | |
|   CITIBANK NA\*\* | 4,752.62 | 1,851.81 | 0.00 | 1,851.81 |
|     Acct: 0079 | | | | |
|   FIRST NATIONAL BANK OF PA(\*) | 25,779.20 | 10,044.60 | 0.00 | 10,044.60 |

20-21500                                                                                          Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5010 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0818 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL | 9,163.88 | 3,570.61 | 0.00 | 3,570.61 |
| Acct: 9886 | | | | |
| WELLS FARGO BANK NA | 2,676.47 | 1,042.86 | 0.00 | 1,042.86 |
| Acct: 9092 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 64.19 | 25.01 | 0.00 | 25.01 |
| Acct: 5196 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9886 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 29,434.36 |

TOTAL PAID TO CREDITORS                                                                         140,032.66

TOTAL CLAIMED
  PRIORITY            0.00
  SECURED        10,672.58
  UNSECURED      75,542.53


Date: 05/23/2025                                        /s/ Ronda J. Winnecour

                                                        RONDA J WINNECOUR PA ID #30399
                                                        CHAPTER 13 TRUSTEE WD PA
                                                        600 GRANT STREET
                                                        SUITE 3250 US STEEL TWR
                                                        PITTSBURGH, PA  15219
                                                        (412) 471-5566
                                                        cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM E. HOFFMAN, JR.

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:20-21500

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

Case 20-21500-GLT    Doc 51    Filed 05/29/25    Entered 05/30/25 00:37:06    Desc Imaged
                              Certificate of Notice    Page 5 of 7

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-21500-GLT

William E. Hoffman, Jr.     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3

Date Rcvd: May 27, 2025     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William E. Hoffman, Jr., 1042 Whispering Woods Drive, Coraopolis, PA 15108-9033 |
| 15240807 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15240808 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15254607 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15243662 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 03:57:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240794 | | Email/PDF: bncnotices@becket-lee.com | May 28 2025 04:19:03 | AMEX, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15254633 | | Email/PDF: bncnotices@becket-lee.com | May 28 2025 04:08:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15240795 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2025 03:57:27 | Chase / Subaru, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15240796 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2025 04:08:24 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15240797 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2025 03:56:56 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15240798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:05 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15240799 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:23 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15265707 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:05 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15240800 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:20 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15240801 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:05 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15240803 | + | Email/Text: DSLBKYPRO@discover.com | May 28 2025 03:50:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 15242968 | + | Email/Text: DSLBKYPRO@discover.com | May 28 2025 03:50:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15240802 | + | Email/Text: DSLBKYPRO@discover.com | May 28 2025 03:50:00 | Discover Student Loans, Pob 30948, Salt Lake City, UT 84130-0948 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15266767 | + | Email/Text: kburkley@bernsteinlaw.com | May 28 2025 03:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15240804 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 28 2025 03:49:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15261735 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 28 2025 03:49:00 | First National Bank of Pennsylvania, Attention: Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 15249741 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2025 04:18:55 | JPMorgan Chase Bank, N.A, National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15265902 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2025 04:08:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15240806 | + | Email/PDF: Bankruptcy_Prod@mohela.com | May 28 2025 04:08:02 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15240805 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 28 2025 03:56:37 | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15266233 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 04:08:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15241348 | ^ | MEBN | May 28 2025 03:49:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:57:01 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15240810 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:36 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15240812 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 28 2025 04:08:08 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15240811 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 28 2025 04:08:31 | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 15249938 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 28 2025 04:08:08 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15240813 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | May 28 2025 04:08:04 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 15240814 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | May 28 2025 04:08:05 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 35

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor William E. Hoffman Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |

TOTAL: 8