**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William E. Hoffman Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–0250<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–21500–GLT | |

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William E. Hoffman Jr.

<u>7/15/25</u>                                                                         **By the court:** <u>Gregory L Taddonio</u>
                                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                        **Chapter 13 Discharge**                                        page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                                                                                          Case No. 20-21500-GLT

William E. Hoffman, Jr.                                                                                                                                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                            User: auto                                                             Page 1 of 3

Date Rcvd: Jul 15, 2025                                           Form ID: 3180W                                      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol     Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William E. Hoffman, Jr., 1042 Whispering Woods Drive, Coraopolis, PA 15108-9033 |
| 15243662 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 16 2025 03:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 16 2025 03:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jul 16 2025 03:56:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240794 | | Email/PDF: bncnotices@becket-lee.com | Jul 16 2025 00:11:50 | AMEX, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15254633 | | Email/PDF: bncnotices@becket-lee.com | Jul 16 2025 00:12:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15240795 | + | EDI: JPMORGANCHASE | Jul 16 2025 03:56:00 | Chase / Subaru, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15240796 | + | EDI: JPMORGANCHASE | Jul 16 2025 03:56:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15240797 | + | EDI: JPMORGANCHASE | Jul 16 2025 03:56:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15240798 | + | EDI: CITICORP | Jul 16 2025 03:56:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15240799 | + | EDI: CITICORP | Jul 16 2025 03:56:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15265707 | | EDI: CITICORP | Jul 16 2025 03:56:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15240800 | + | EDI: CITICORP | Jul 16 2025 03:56:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15240801 | + | EDI: CITICORP | Jul 16 2025 03:56:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15240803 | + | EDI: DISCOVERSL.COM | Jul 16 2025 03:56:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 15242968 | + | EDI: DISCOVERSL.COM | | |

Case 20-21500-GLT    Doc 57    Filed 07/17/25    Entered 07/18/25 00:33:23    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: 3180W | Total Noticed: 37 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jul 16 2025 03:56:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15240802 | + | EDI: DISCOVERSL.COM | Jul 16 2025 03:56:00 | Discover Student Loans, Pob 30948, Salt Lake City, UT 84130-0948 |
| 15266767 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 16 2025 00:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15240804 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 16 2025 00:03:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15261735 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 16 2025 00:03:00 | First National Bank of Pennsylvania, Attention: Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 15249741 | | EDI: JPMORGANCHASE | Jul 16 2025 03:56:00 | JPMorgan Chase Bank, N.A, National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15265902 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2025 00:11:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15240806 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 16 2025 00:12:10 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15240805 | + | EDI: MAXMSAIDV | Jul 16 2025 03:56:00 | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15266233 | | EDI: PRA.COM | Jul 16 2025 03:56:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15240808 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 16 2025 00:04:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15240807 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 16 2025 00:04:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15254607 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 16 2025 00:04:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15241348 | ^ | MEBN | Jul 15 2025 23:55:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240809 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15240810 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15240812 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 16 2025 00:11:51 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15240811 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 16 2025 00:11:53 | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 15249938 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 16 2025 00:11:51 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15240813 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 16 2025 00:11:51 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 15240814 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 16 2025 00:12:01 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 20-21500-GLT    Doc 57    Filed 07/17/25    Entered 07/18/25 00:33:23    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 15, 2025 | Form ID: 3180W | Total Noticed: 37 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2025             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor William E. Hoffman  Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8