FILED
7/15/25 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM E. HOFFMAN, JR.

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:20-21500

Chapter 13
Related to Docket No. 46

**ORDER OF COURT**

AND NOW, this ___ 15th Day of July, 2025 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 20-21500-GLT

William E. Hoffman, Jr.                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                  User: auto                                      Page 1 of 3

Date Rcvd: Jul 15, 2025                          Form ID: pdf900                          Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William E. Hoffman, Jr., 1042 Whispering Woods Drive, Coraopolis, PA 15108-9033 |
| 15243662 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2025 00:12:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240794 | | Email/PDF: bncnotices@becket-lee.com | Jul 16 2025 00:24:42 | AMEX, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15254633 | | Email/PDF: bncnotices@becket-lee.com | Jul 16 2025 00:11:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15240795 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2025 00:12:13 | Chase / Subaru, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15240796 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2025 00:11:57 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15240797 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2025 00:11:58 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15240798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2025 00:12:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15240799 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2025 00:12:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15265707 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2025 00:12:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15240800 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2025 00:12:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15240801 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2025 00:12:01 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15240803 | + | Email/Text: DSLBKYPRO@discover.com | Jul 16 2025 00:04:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 15242968 | + | Email/Text: DSLBKYPRO@discover.com | Jul 16 2025 00:04:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15240802 | + | Email/Text: DSLBKYPRO@discover.com | Jul 16 2025 00:04:00 | Discover Student Loans, Pob 30948, Salt Lake City, UT 84130-0948 |
| 15266767 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 16 2025 00:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

District/off: 0315-2                              User: auto                                    Page 2 of 3

Date Rcvd: Jul 15, 2025                    Form ID: pdf900                              Total Noticed: 35

| 15240804 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
|---|---|---|---|
| | | Jul 16 2025 00:03:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15261735 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Jul 16 2025 00:03:00 | First National Bank of Pennsylvania, Attention: Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 15249741 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 16 2025 00:11:46 | JPMorgan Chase Bank, N.A, National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15265902 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 16 2025 00:11:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15240806 | + Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | Jul 16 2025 00:12:09 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15240805 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | Jul 16 2025 00:11:46 | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15266233 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 16 2025 00:12:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15240808 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jul 16 2025 00:04:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15240807 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jul 16 2025 00:04:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15254607 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jul 16 2025 00:04:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15241348 | ^ MEBN | | |
| | | Jul 15 2025 23:55:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240809 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 16 2025 00:12:08 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15240810 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 16 2025 00:12:08 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15240812 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Jul 16 2025 00:12:01 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15240811 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
| | | Jul 16 2025 00:12:13 | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 15249938 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Jul 16 2025 00:12:12 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15240813 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | | |
| | | Jul 16 2025 00:11:51 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 15240814 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | | |
| | | Jul 16 2025 00:12:11 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0315-2                                        User: auto                                              Page 3 of 3
Date Rcvd: Jul 15, 2025                                Form ID: pdf900                                  Total Noticed: 35

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Adam Bradley Hall
                                  on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

Denise Carlon
                                  on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
                                  on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com

Kenneth Steidl
                                  on behalf of Debtor William E. Hoffman  Jr. julie.steidl@steidl-steinberg.com,
                                  ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
                                  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                                  btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
                                  on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                  cmecf@chapter13trusteewdpa.com

TOTAL: 8