**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM E. HOFFMAN, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:20-21500 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/12/2020 and confirmed on 09/03/2020. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 152,302.00 |
| Less Refunds to Debtor | 942.82 | |
| TOTAL AMOUNT OF PLAN FUND | | 151,359.18 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,400.00 | |
| Trustee Fee | 7,927.06 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,327.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 3042 | 0.00 | 97,459.22 | 0.00 | 97,459.22 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 3042 | 1,631.65 | 1,631.65 | 0.00 | 1,631.65 |
| WELLS FARGO BANK NA D/B/A WELLS FA<br>Acct: 8472 | 9,040.93 | 9,040.93 | 1,466.50 | 10,507.43 |
| | | | | 109,598.30 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM E. HOFFMAN, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM E. HOFFMAN, JR.<br>Acct: | 942.82 | 942.82 | 0.00 | 0.00 |
| STEIDL & STEINBERG PC<br>Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 7653 | 0.00 | 0.00 | 0.00 | 0.00 |

| 20-21500 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3042 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DISCOVER STUDENT LOANS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 29,592.41 | 11,921.89 | 0.00 | 11,921.89 |
| Acct: 1009 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9634 | | | | |
| LVNV FUNDING LLC | 3,513.76 | 1,415.59 | 0.00 | 1,415.59 |
| Acct: 4746 | | | | |
| CITIBANK NA** | 4,752.62 | 1,914.69 | 0.00 | 1,914.69 |
| Acct: 0079 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 25,779.20 | 10,385.67 | 0.00 | 10,385.67 |
| Acct: 5010 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0818 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 9,163.88 | 3,691.85 | 0.00 | 3,691.85 |
| Acct: 9886 | | | | |
| WELLS FARGO BANK NA | 2,676.47 | 1,078.27 | 0.00 | 1,078.27 |
| Acct: 9092 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 64.19 | 25.86 | 0.00 | 25.86 |
| Acct: 5196 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9886 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 30,433.82 |
| **TOTAL PAID TO CREDITORS** | | | | 140,032.12 |

TOTAL CLAIMED
PRIORITY         0.00
SECURED     10,672.58
UNSECURED   75.542.53

Date: 09/11/2025                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com