# ROCKET Mortgage
1050 Woodward Avenue | Detroit, MI 48226

## Annual Escrow Account Disclosure Statement

WILLIAM E HOFFMAN
LISA M HOFFMAN
1042 WHISPERING WOODS D
CORAOPOLIS PA 15108-9033

### Loan Information
**Loan Number:** ▮
**Property Address:** 1042 Whispering Woods Dr, Coraopolis, PA 15108
**Statement Date:** 10/17/2022
**New Payment Effective Date:** 12/01/2022

## 1. Your Escrow Account Items

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

### Annual Escrow Account Breakdown

| Activity | Estimated Amount* | Actual Amount | Next Due |
|---|---|---|---|
| County Taxes | $902.51 | $902.51 | 03/2023 |
| School Taxes | $4,600.17 | $4,567.57 | 08/2023 |
| Township Taxes | $540.87 | $540.87 | 05/2023 |
| Homeowners Insurance | $1,123.00 | $1,224.00 | 06/2023 |
| **Totals:** | **$7,166.55** | **$7,234.95** | |

*The estimated amounts are based on an amount provided previously or the amount last disbursed.

## 2. Your Escrow Account Has A Shortage

Due to an increase in your taxes and/or insurance, your escrow account is short $96.90.

### Projected Escrow Account Balance

| | |
|---|---|
| Projected Minimum Balance: | $1,075.01 |
| Required Minimum Balance: | $1,205.83 |
| **Shortage Amount:** | **$96.90** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

## 3. Your Payment Is Changing

Your escrow payment is increasing. You have a shortage of $96.90 that is being spread over 12 months.

### Breaking Down The Numbers

| | Current | New |
|---|---|---|
| Principal & Interest: | $1,029.46 | $1,029.46 |
| Escrow Payment: | $608.53 | $602.91 |
| Shortage: | | $8.08 |
| **Monthly Payment:** | **$1,637.99** | **$1,640.45** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.

### Mortgage Payment Breakdown



Legend: Principal & Interest | Escrow Payment | Shortage

## Quick And Easy Payment Options

- RocketMortgage.com
- Rocket Mortgage® mobile app
- 24/7 access at (800) 508 0944

QL026

THIS SPACE INTENTIONALLY LEFT BLANK

Page 1



1050 Woodward Avenue | Detroit, MI 48226

# Annual Escrow Account Disclosure Statement

## 4. A Closer Look At Your Escrow Account History

This chart highlights the differences between the estimated and actual payment amounts for the taxes and insurance and shows the reason for the current shortage.

The actual amounts paid out for taxes and insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and insurance payment amounts are highlighted in yellow.

### Escrow Account Activity History For December 2021 To November 2022

| Date | Activity | Payments Estimated | Payments Actual | Disbursements Estimated | Disbursements Actual | Balance Estimated | Balance Actual |
|---|---|---|---|---|---|---|---|
| 12/2021 | Beginning Balance | | | | | $2,986.08 | $2,200.94 |
| 12/2021 | Deposit | $597.21 | $0.00 | $0.00 | $0.00 | $3,583.29 | $2,200.94 |
| 01/2022 | Deposit | $597.21 | $0.00 | $0.00 | $0.00 | $4,180.50 | $2,200.94 |
| 02/2022 | Deposit | $597.21 | $0.00 | $0.00 | $0.00 | $4,777.71 | $2,200.94 |
| 02/2022 | Withdrawal - COUNTY TAXES | $0.00 | $0.00 | $0.00 | $902.51 | $4,777.71 | $1,298.43 |
| 03/2022 | Deposit | $597.21 | $0.00 | $0.00 | $0.00 | $5,374.92 | $1,298.43 |
| 03/2022 | Withdrawal - COUNTY TAXES | $0.00 | $0.00 | $902.51 | $0.00 | $4,472.41 | $1,298.43 |
| 04/2022 | Deposit | $597.21 | $3,658.07 | $0.00 | $0.00 | $5,069.62 | $4,956.50 |
| 05/2022 | Deposit | $597.21 | $0.00 | $0.00 | $0.00 | $5,666.83 | $4,956.50 |
| 05/2022 | Withdrawal - TOWNSHIP TAXES | $0.00 | $0.00 | $540.87 | $540.87 | $5,125.96 | $4,415.63 |
| 05/2022 | Withdrawal - HOMEOWNERS INS | $0.00 | $0.00 | $0.00 | $1,224.00 | $5,125.96 | $3,191.63 |
| 06/2022 | Deposit | $597.21 | $608.53 | $0.00 | $0.00 | $5,723.17 | $3,800.16 |
| 06/2022 | Withdrawal - HOMEOWNERS INS | $0.00 | $0.00 | $1,123.00 | $0.00 | $4,600.17 | $3,800.16 |
| 07/2022 | Deposit | $597.21 | $608.53 | $0.00 | $0.00 | $5,197.38 | $4,408.69 |
| 08/2022 | Deposit | $597.21 | $1,217.06 | $0.00 | $0.00 | $5,794.59 | $5,625.75 |
| 08/2022 | Withdrawal - SCHOOL TAXES | $0.00 | $0.00 | $4,600.17 | $4,567.57 | $1,194.42 | $1,058.18 |
| 09/2022 | Deposit | $597.21 | $608.53 | $0.00 | $0.00 | $1,791.63 | $1,666.71 |
| 10/2022 | Deposit | $597.21 | $608.53 | $0.00 | $0.00 | $2,388.84 | $2,275.24** |
| 11/2022 | Deposit | $597.21 | $608.53 | $0.00 | $0.00 | $2,986.05 | $2,883.77** |
| | Totals | $7,166.52 | $7,917.78 | $7,166.55 | $7,234.95 | | |

** This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.

continued →

**ROCKET Mortgage**
1050 Woodward Avenue | Detroit, MI 48226

# Annual Escrow Account Disclosure Statement

## 5. A Closer Look At Projections For Your Escrow Account

### Escrow Account Projection

| Description | Annual Amount |
|---|---|
| COUNTY TAXES: | $902.51 |
| TOWNSHIP TAXES: | $540.87 |
| HOMEOWNERS INS: | $1,224.00 |
| SCHOOL TAXES: | $4,567.57 |
| **Total Annual Taxes And Insurance:** | **$7,234.95** |
| **New Monthly Escrow Payment:** | **$602.91** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $1,205.83. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

### Future Escrow Account Activity For December 2022 To November 2023

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 12/2022 | Beginning Balance | | | $2,883.77 | $3,014.59 |
| 12/2022 | Deposit | $602.91 | $0.00 | $3,486.68 | $3,617.50 |
| 01/2023 | Deposit | $602.91 | $0.00 | $4,089.59 | $4,220.41 |
| 02/2023 | Deposit | $602.91 | $0.00 | $4,692.50 | $4,823.32 |
| 03/2023 | Deposit | $602.91 | $0.00 | $5,295.41 | $5,426.23 |
| 03/2023 | Withdrawal – COUNTY TAXES | $0.00 | $902.51 | $4,392.90 | $4,523.72 |
| 04/2023 | Deposit | $602.91 | $0.00 | $4,995.81 | $5,126.63 |
| 05/2023 | Deposit | $602.91 | $0.00 | $5,598.72 | $5,729.54 |
| 05/2023 | Withdrawal – TOWNSHIP TAXES | $0.00 | $540.87 | $5,057.85 | $5,188.67 |
| 06/2023 | Deposit | $602.91 | $0.00 | $5,660.76 | $5,791.58 |
| 06/2023 | Withdrawal – HOMEOWNERS INS | $0.00 | $1,224.00 | $4,436.76 | $4,567.58 |
| 07/2023 | Deposit | $602.91 | $0.00 | $5,039.67 | $5,170.49 |
| 08/2023 | Deposit | $602.91 | $0.00 | $5,642.58 | $5,773.40 |
| 08/2023 | Withdrawal – SCHOOL TAXES | $0.00 | $4,567.57 | $1,075.01 | $1,205.83[L] |
| 09/2023 | Deposit | $602.91 | $0.00 | $1,677.92 | $1,808.74 |
| 10/2023 | Deposit | $602.91 | $0.00 | $2,280.83 | $2,411.65 |
| 11/2023 | Deposit | $602.91 | $0.00 | $2,883.74 | $3,014.56 |
| | **Totals** | **$7,234.92** | **$7,234.95** | | |

[L]This amount denotes the projected low point balance.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244 2359, or fax it to (877) 382 3138.

Phone: (800) 508-0944
Email: ServicingHelp@RocketMortgage.com
Secure Fax: (877) 380-5084
Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET
Preguntas: (800) 982-2544
Page 3
QL026