# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: William E. Hoffman Jr.**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>　　　　　　　　　　**Movant**<br>　　　　vs.<br><br>**William E. Hoffman Jr.**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>　　　　　　　　　　**Trustee** | **BK NO. 20-21500 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 5** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 25, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
William E. Hoffman Jr.
1042 Whispering Woods Drive
Coraopolis, PA 15108

Attorney for Debtor(s)
Kenneth Steidl, Esq.
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: October 25, 2022

　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com